04/21/2014

FREDERICK L. COUSIN: / Frederick J.
Cousin 853. LYNN ST. FOSTORIA OH. 44830
PHONE #: 419-559-6218, EMAIL: FREDERICK L. COUSIN
3@GMAIL.COM; PLAINTIFF

(A) I AM OBJECTION to ~~KATHERYN~~ KATHRYN B
WESTBROOK ~~BANKR~~ BANKRUPTCY DISCHARGED
KATHRYN B. WESTBROOK, DEFENDANT
4903 W. BANKCROFT ST, TOLEDO, OHIO 43615
CASE # 13-35191.
OBJECTION TO THE DISCHARD OF MY DEBT.

Fred J. Cousin